

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2022

No. 04-22-00422-CV

**IN THE INTEREST OF S.G., I.J.G., AND A.R.G.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2005EM503442
Honorable Eric J. Rodriguez, Judge Presiding

# O R D E R

The clerk's record is due on October 3, 2022, and on September 7, 2022, the district clerk filed a notification of late record stating appellant has not paid or made arrangements to pay the district clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. We therefore **order** appellant to provide written proof to this court **by September 26, 2022** stating either (1) the district clerk's fee has been paid or arrangements satisfactory to the district clerk have been made to pay the district clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the district clerk's fee. *See* Tex. R. App. P. 20.1, 35.3(a); Tex. R. Civ. P. 145. If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court